DAVID PROFFETT, Respondent, *vs.* THE ST. LOUIS & IRON
MOUNTAIN RAILROAD Co., Appellant.

Buxton vs. Same, *post* p. 55, affirmed

*Appeal from St. Francois Circuit Court.*

*Dryden & Dryden*, for Appellant.

*B. B. Cahoon and J. B. Duchouquette*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case shows essentially the same facts as the case of
Buxton vs. The St. Louis & Iron Mountain Railway, *post*
p. 55, and was decided in the court below in the same way.
For the reasons given in that case, the judgment must be
reversed and the cause remanded.    The other judges concur.

————o————

GEORGE M. STEPHENS, Respondent, *vs.* THE ST. LOUIS & IRON
MOUNTAIN RAILROAD Co., Appellant.

Tiarks vs. Same, *ante* p. 45, affirmed.

*Appeal from Madison Circuit Court.*

*Dryden & Dryden*, for Appellant.

*B. B. Cahoon and J. B. Duchouquette*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case originated before a justice of the peace, and in
its facts is entirely similar to the case of Tiarks vs. the same
defendants, *ante* p. 45, and for the reasons given in that
case, the judgment must be reversed and the cause remanded.
The other judges concur.